## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **VIKKI L. MORGAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | **Case No.  06 CV 425 FHM** |
| **Defendant.** | ) | |

## ORDER

On November 29, 2007, this Court reversed the decision of the Commissioner and remanded this case for further administrative proceedings.  No appeal was taken from this Judgment and the same is now final.

Pursuant to Plaintiff's *Motion for EAJA Attorney Fees* [**Dkt No. 34**] under the Equal Access to Justice Act ("EAJA"), **28 U.S.C. § 2412,** the parties have agreed that an award in the amount of $5,818.23 for attorney fees for all work performed in this case is appropriate.

WHEREFORE, IT IS ORDERED that Plaintiff be awarded EAJA attorney fees in the amount of $5,818.23 payable to Plaintiff in care of her counsel.  If Plaintiff's counsel also receives attorney fees under **42 U.S.C.§ 406(b)** of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to **Weakley v. Bowen, 803 F.2d 575, 580 (10 Cir. 1986).**

IT IS SO ORDERED this 6th day of March, 2008.

*Frank H. McCarthy*

**FRANK H. McCARTHY**
**UNITED STATES MAGISTRATE JUDGE**